IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LISA K. SEXTON, LINDA NELSON, BRITTENEY BAKER, CARLA ARNDT, MICHELLE DURYEA, JOHELEN WILLIAMS, LYNETTE J. ROBERTSON, ALISA E. PARDE, CAROLINE RICHARDSON, ERICA J. COCHRAN, DIANE R. HOLBROOK, FRANCES BEAVER, SYDNEY DECAFIANO, ASHLEY GRIFFITH, TAMARA EVANS, ELISA SEASTRONG, TYRESHA HICKERSON, CHRISTINA GLASS, SHARON TURNELL, SHONDRA MCNALLY, DINAH TURRENTINE-SIMS, HOLLAND LORENSEN, TASHA RYAN, and CONNIE TORRES, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | 8:14CV164 |
| v. | ) ) | |
| MICHAEL KENNEY, et al., | ) ) | MEMORANDUM AND ORDER |
| Defendants. | ) ) | |

This matter is before the Court on the complaint in this action filed by 24 prisoner plaintiffs (Filing No. 1). Only one of the named plaintiffs, Lisa Sexton, has filed a Motion for Leave to Proceed in Forma Pauperis. No other plaintiff has filed a Motion for Leave to Proceed in Forma Pauperis or paid the Court's $400 filing and administrative fees. (*See* Docket Sheet.)

In the United States District Court for the District of Nebraska, joinder of prisoner plaintiffs is allowed; however,

each prisoner plaintiff must pay a separate filing fee, notwithstanding the collection of multiple fees per case. *See Cole v. Houston*, No. 4:06CV3314, 2007 WL 1309821 (D. Neb. March 30, 2007).

Here, the following plaintiffs have failed to include the Court's $400.00 filing and administrative fees: Linda Nelson, Britteney Baker, Carla Arndt, Michelle Duryea, JoHelen Williams, Lynette J. Rovertson, Alisa E. Parde, Caroline Richardson, Erica J. Cochran, Diane R. Holbrook, Frances Beaver, Sydney DeCafiano, Ashley Griffith, Tamara Evans, Elisa Seastrong, Tyresha Hickerson, Christina Glass, Sharon Turnell, Shondra McNally, Dinah Turrentine-Sims, Holland Lorensen, Tasha Ryan, and Connie Torres. Each of these plaintiffs must either tender the $400.00 filing and administrative fees to the clerk of the court or submit a request to proceed in forma pauperis which, if granted, would allow her to pay the Court's filing fee in installments. If plaintiffs choose to do the latter, the enclosed pauper's forms should be completed and returned to this Court.

IT IS ORDERED:

1. The following plaintiffs are directed to correct the above-listed technical defects within 30 days of the date of this memorandum and order: Linda Nelson, Britteney Baker, Carla

Arndt, Michelle Duryea, JoHelen Williams, Lynette J. Rovertson, Alisa E. Parde, Caroline Richardson, Erica J. Cochran, Diane R. Holbrook, Frances Beaver, Sydney DeCafiano, Ashley Griffith, Tamara Evans, Elisa Seastrong, Tyresha Hickerson, Christina Glass, Sharon Turnell, Shondra McNally, Dinah Turrentine-Sims, Holland Lorensen, Tasha Ryan, and Connie Torres. Failure of any plaintiff to comply with this memorandum and order will result in dismissal of this matter as to such plaintiff.

2. The clerk of the court is directed to send the Form AO240 ("Application to Proceed Without Prepayment of Fees and Affidavit") to each of the following plaintiffs: Linda Nelson, Britteney Baker, Carla Arndt, Michelle Duryea, JoHelen Williams, Lynette J. Rovertson, Alisa E. Parde, Caroline Richardson, Erica J. Cochran, Diane R. Holbrook, Frances Beaver, Sydney DeCafiano, Ashley Griffith, Tamara Evans, Elisa Seastrong, Tyresha Hickerson, Christina Glass, Sharon Turnell, Shondra McNally, Dinah Turrentine-Sims, Holland Lorensen, Tasha Ryan, and Connie Torres.

3. The clerk of the court is directed to request inmate trust account statements for each of the following plaintiffs: Linda Nelson, Britteney Baker, Carla Arndt, Michelle Duryea, JoHelen Williams, Lynette J. Rovertson, Alisa E. Parde, Caroline Richardson, Erica J. Cochran, Diane R. Holbrook, Frances

Beaver, Sydney DeCafiano, Ashley Griffith, Tamara Evans, Elisa Seastrong, Tyresha Hickerson, Christina Glass, Sharon Turnell, Shondra McNally, Dinah Turrentine-Sims, Holland Lorensen, Tasha Ryan, and Connie Torres.

        4.   The clerk of the court is directed to set a pro se case management deadline in this matter with the following text: August 11, 2014: Check for MIFP or payment from each plaintiff; dismiss as to any plaintiff who did not comply.

        DATED this 10th day of July, 2014.

        BY THE COURT:

        /s/ Lyle E. Strom

        _____
        LYLE E. STROM, Senior Judge
        United States District Court

---

\* This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the Court has no agreements with any of these third parties or their Web sites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.