IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

```
LISA K. SEXTON, LINDA          )
NELSON, BRITTENEY BAKER,       )
CARLA ARNDT, MICHELLE          )
DURYEA, JOHELEN WILLIAMS,      )
LYNETTE J. ROBERTSON,          )
ALISA E. PARDE, CAROLINE       )
RICHARDSON, ERICA J.           )
COCHRAN, DIANE R. HOLBROOK,    )
FRANCES BEAVER, SYDNEY         )
DECAFIANO, ASHLEY GRIFFITH,    )
TAMARA EVANS, ELISA SEASTRONG, )
TYRESHA HICKERSON, CHRISTINA   )
GLASS, SHARON TURNELL,         )
SHONDRA MCNALLY, DINAH         )
TURRENTINE-SIMS, HOLLAND       )
LORENSEN, TASHA RYAN, and      )
CONNIE TORRES,                 )
                               )
           Plaintiffs,         )          8:14CV164
                               )
     v.                        )
                               )
MICHAEL KENNEY, et al.,        )          MEMORANDUM AND ORDER
                               )
           Defendants.         )
_____)
```

This matter is before the Court on its own motion. On July 10, 2014, the Court entered a Memorandum and Order, requiring plaintiffs to each file a motion for leave to proceed in forma pauperis or pay the $400.00 filing and administrative fees no later than August 11, 2014 (Filing No. 7). The Court warned plaintiffs that failure of any plaintiff to comply with this Memorandum and Order would result in dismissal of this matter as to such plaintiff. (*Id.*) The following plaintiffs

have not paid the filing and administrative fees or submitted a motion for leave to proceed in forma pauperis: Linda Nelson, Britteney Baker, Carla Arndt, Michelle Duryea, JoHelen Williams, Lynette Robertson, Diane Holbrook, Tyresha Hickerson, Shondra McNally, Dinah Turrentine-Sims, Holland Lorensen, Tasha Ryan, and Connie Torres.

IT IS ORDERED that this matter is dismissed without prejudice as to the following plaintiffs for failure to pay the Court's fees, and for failure to comply with a court order: Linda Nelson, Britteney Baker, Carla Arndt, Michelle Duryea, JoHelen Williams, Lynette Robertson, Diane Holbrook, Tyresha Hickerson, Shondra McNally, Dinah Turrentine-Sims, Holland Lorensen, Tasha Ryan, and Connie Torres. The clerk's office is directed to terminate these individuals from this action.

DATED this 18th day of August, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court

---

\* This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the Court has no agreements with any of these third parties or their Web sites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.