IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LISA K. SEXTON, | ) | |
| | ) | |
| Plaintiff, | ) | 8:14CV164 |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL KENNEY, et al., | ) | MEMORANDUM OPINION |
| | ) | |
| Defendants. | ) | |

On December 16, 2014, plaintiff was ordered to file an amended complaint within 30 days or face dismissal of this action. To date, plaintiff has not filed an amended complaint or taken any other action. This matter will be dismissed without prejudice because plaintiff failed to prosecute it diligently and failed to comply with this Court's orders. A separate judgment will be entered in accordance with this Memorandum Opinion.

DATED this 6th day of February, 2015.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court