IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

```
LISA K. SEXTON,                )
                               )
              Plaintiff,       )        8:14CV164
                               )
         v.                    )
                               )
MICHAEL KENNEY, et al.,        )        ORDER AND JUDGMENT
                               )
              Defendants.      )
_____)
```

Pursuant to the memorandum opinion entered herein this date,

IT IS ORDERED:

1) This action is dismissed without prejudice.

2) **Plaintiff is hereby notified that the filing of a notice of appeal will make her liable for payment of the full $505.00 appellate filing fee regardless of the outcome of the appeal**. This is because the Prison Litigation Reform Act requires an incarcerated civil appellant to pay the full amount of the $505.00 appellate filing fee by making monthly payments to the Court, even if he or she is proceeding in forma pauperis. 28 U.S.C. § 1915(b). By filing a notice of appeal, plaintiff will

be consenting to the deduction of the $505.00 filing fee from her prison account by prison officials.

DATED this 6th day of February, 2015.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court