IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LISA K. SEXTON, | ) | |
| | ) | |
| Plaintiff, | ) | 8:14CV164 |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL KENNEY, ROBIN | ) | MEMORANDUM AND ORDER |
| SPINDLER, LARRY WAYNE, FRANK | ) | |
| HOPKINS, DR. CARMINE WHITE, | ) | |
| DAMON GRUBER, BROOKE BJERRUM, | ) | |
| STEVE HUNZEKER, JEANNE | ) | |
| GOLIDAY, TIM MILLER, CHERYL | ) | |
| BICKNASE, and DENISE | ) | |
| SKROBECKI, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on a "Motion to Intervene as Plaintiffs with Newly Discovered Evidence" (Filing No. 99) filed on May 14, 2015. The motion was delivered to the Court in an envelope from Joseph Uber, a prisoner incarcerated in Belefonte, Pennsylvania. The motion was purportedly signed by six individuals: Amber Lambert, Desa Hooter, Agatha Williams,

Ann Arias, Jimmy Jax, and Wayne Albright.[1] (*See* Filing No. 99 at CM/ECF p. 2.)

The Court will deny the request to intervene. Judgment has been entered in this case and any appeal from the judgment would not be timely filed. Moreover, the movants have not shown they have a right to intervene under Rule 24(a) or a right to permissive intervention under Rule 24(b) of the Federal Rules of Civil Procedure.

---

[1] The Court notes that Joseph Uber and Wayne Albright are both incarcerated in an institution located at 301 Institution Drive in Bellefonte, Pennsylvania. Uber, Albright, and others incarcerated at this same institution, have submitted similar requests to intervene in numerous federal district courts, and these requests have been purportedly signed by various prisoners and nonprisoners residing in numerous states. *See*, *e.g.*, *Joe v. United States of America*, 8:11-cv-00006-VMC-TGW (M.D. Fla.); *Wathogoma v. Ryan, et al.*, 2:12-cv-02686-SLG (D. Ariz.); *Tullis v. Albright, et al.*, 1:12-cv-00685-TMH-SRW (M.D. Ala.); *In Re: Online Travel Co. Hotel Booking Antitrust*, Case No. 3:12-cv-03515-B (N.D. Tex.); and *In Re Tesla Motors, Inc. Securities Litigation*, 3:13-cv-05216-CRB (N.D. Cal.).

The Court cautions the movants that Federal Rule of Civil Procedure 11(a) requires that all pro se parties to a case sign every pleading, written motion, and other paper that they submit to the court. Indeed, it is improper for a non-lawyer to sign papers in place of, or to otherwise represent, parties other than themselves. If a court concludes that Rule 11 has been violated, a court may impose "an appropriate sanction" on the party who violated the rule. Fed. R. Civ. P. 11(c)(1).

IT IS ORDERED that the Motion to Intervene (Filing No. 99) is denied.

DATED this 8th day of June, 2015.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the court has no agreements with any of these third parties or their Web sites.  The court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.